## 37757. BUIE v. FOGARTY.

QUILLIAN, Judge. This court does not have jurisdiction of an appeal from the Municipal Court of Savannah where the amount involved is less than $100. Ga. L. 1915, p. 124; Ga. L. 1937, p. 1203.

*Dismissed. Felton, C. J., and Nichols, J., concur.*

DECIDED SEPTEMBER 9, 1959.

*Lewis L. Scott,* for plaintiff in error.

*Frank O. Downing,* contra.